

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00294-CV

_____

CRAIG NOVORR, HOWARD JACOBSON, BRAD KOFFMAN, AND JOHN FISHER, Appellants

V.

JOSEPH AUTEM AND MCKENNA OIL & GAS, LLC, Appellees

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 19-8674-431

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  October 7, 2021